UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-23321-CV-WILLIAMS

CREELED, INC.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

    Defendants.
_____/

# ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 53) ("*Report*") on the Motion for Final Default Judgment and Permanent Injunction filed by Plaintiff CreeLED, Inc. (DE 39) ("*Motion*"). No objections were filed to the Report, which recommends the Court grant Plaintiff's Motion, and the time to file objections has passed. (DE 53 at 2.) Upon a careful and independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 53) is **AFFIRMED AND ADOPTED**;

2. Plaintiff's Motion for Final Default Judgment and Permanent Injunction is **GRANTED** in favor of Plaintiff and against the Defendants listed on Schedule "A" of Plaintiff's Motion (DE 39-1) and Schedule "A" as attached to the Report (DE 53-1); and

3. Final judgment will be entered in an order to follow.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>9th</u> day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE